# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHESTER WILEY and DYLAN MATTIE, ) ) ) Plaintiffs, ) ) v. ) ) R2S2 MANAGEMENT, INC., d/b/a/ CRI ) IRRIGATION SERVICES, LDC ) MANAGEMENT GROUP, LLC, ) RUSSELL HULSEY, and MARK ) COHEA, ) ) Defendants. ) | Civil Action No. 1:14-CV-02692-LMM |

**ORDER**

This case is before the Court for consideration of the Joint Motion for Stipulated Judgment Approving FLSA Settlement [Doc. 28]. After reviewing the record and the joint submission of the parties, and holding a hearing on April 30, 2015, the Court enters the following Order.

Having reviewed the Settlement Agreement and Release of Claims (the "Agreement") [Doc. 28-1] executed by the parties, the Court finds that the

1

settlement is fair, adequate, and reasonable.  The Court finds that the Agreement was negotiated at arm's length and is not the result of any collusion.

The Court has also reviewed the unopposed request for approval of attorney's fees and costs in the amount stated in the Agreement and finds that the attorneys' fees and costs provided in the Agreement are reasonable.

Therefore, the Joint Motion for Stipulated Judgment Approving FLSA Settlement Agreement is hereby **GRANTED**, and the Court hereby enters this stipulated JUDGMENT approving the settlement Agreement between the parties.

The Court reserves jurisdiction over the construction, interpretation, implementation, and enforcement of the parties' settlement agreement.

This action is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED** this 30th  day of April, 2015.

_____
LEIGH MARTIN MAY
UNITED STATES DISTRICT JUDGE